ATTORNEY: JOSH L POWELL

D837203

## CITATION (LONG-ARM)

| JAMES GRAVIS TAYLOR II | THIRD JUDICIAL DISTRICT |
|---|---|
| VS. | PARISH OF LINCOLN |
| ROLLIE TRANSPORT, INC., ET-AL | STATE OF LOUISIANA |
| DOCKET NUMBER: C-61996 | |

TO: ROLLIE TRANSPORT, INC.
THROUGH ITS AGENT FOR SERVICE OF PROCESS: ROLEADIS SAIZ
7911 W POWHATAN AVENUE
TAMPA, FL
33615

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). Alternatively, you should file an answer or other pleading to said petition in the office of the Clerk of the Third Judicial District court, Ruston, Louisiana, within thirty (30) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

Witness the Honorable Judges of said Court, this OCTOBER 25, 2021.

LINDA COOK, CLERK OF COURT

By: _____
Deputy Clerk of Court
Lincoln Parish

ATTACHMENTS

---

### SHERIFF'S RETURN

DATE: _____ 20___
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) _____
UNABLE TO LOCATE       MOVED ( )         NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TO LATE FOR SERVICE ( )
SERVICE OF WITHIN PAPERS
COST FOR FEE: $_____   MILEAGE: $_____   TOTAL: $_____
DEPUTY: _____

EXHIBIT A

Scanned with CamScanner

| | |
|---|---|
| JAMES GARVIS TAYLOR, II | : SUIT NUMBER |
| VERSUS | : 3rd JUDICIAL DISTRICT COURT |
| ROLLIE TRANSPORT, INC., AMTRUST INSURANCE COMPANY, and VICTOR MANUEL REYES | : LINCOLN PARISH, LOUISIANA |

Filed Oct 25, 2021 4:13 PM
Laura Barmore
Deputy Clerk of Court
E-File Received Oct 25, 2021 4:10 PM
C-61996 UNASSIGNED

## PETITION

JAMES GARVIS TAYLOR, II, of the full age of majority and domiciled in Union Parish, Louisiana, respectfully represents:

1.

The defendants making this petition necessary are:

a. ROLLIE TRANSPORT, INC., a corporation domiciled in Tampa, Florida and doing business in the State of Louisiana;

b. AMTRUST INSURANCE COMPANY, a foreign insurer who provided liability coverage to Rollie Transport, Inc. and Victor Manuel Reyes; and

c. VICTOR MANUEL REYES, believed to be domiciled in Tampa, Hillsborough County, Florida.

2.

On October 06, 2021, a wreck occurred on I-20 in Lincoln Parish, Louisiana, involving an 18-wheeler owned by Rollie Transport, Inc. and operated by Victor Manuel Reyes, and a Ford F150, owned by Triad Builders of Ruston, Inc. and operated by James Garvis Taylor, II.

3.

Victor Manuel Reyes was following too closely and ran into the back of Mr. Taylor.

4.

Victor Manuel Reyes endangered the public and caused plaintiffs' harm by:

a. Following too closely;

b. Being inattentive; and

c. Failing to maintain a proper lookout.

5.

Victor Manuel Reyes was in the course and scope of his employment with Rollie Transport, Inc. at all times relevant herein. Rollie Transport, Inc. is vicariously liable for the negligent acts of its employees.

A True Copy of the Original on File
This OCT 2 5 2021, 20___
Laura Barmore
By, Chief Deputy Clerk

Scanned with CamScanner

6.

Rollie Transport, Inc. had a duty to communicate, establish and enforce screening, training, and supervision procedures to prevent acts of the nature described herein. This breach of duty by Rollie Transport, Inc. caused plaintiff's injuries and harm. Rollie Transport, Inc. was negligent in its hiring, retention, training, and supervision of its employee. This negligence was jointly a cause of plaintiff's harm.

7.

Defendants' reckless and negligent conduct caused harm to plaintiff, James Garvis Taylor, II. Defendants are responsible for plaintiff's past and future: 1) medical expenses; 2) pain and suffering; 3) mental pain and anguish; 4) functional impairment and disability; 5) loss of wages and economic opportunity; 6) loss of enjoyment of life; and 7) property damage.

8.

Plaintiff's claims equal or exceed the amount required for trial by jury.

WHEREFORE, Plaintiff prays that all harms and losses caused by the defendants be repaired by judgment; all expert fees, costs, and interest should be borne by defendants.

Respectfully Submitted,

MORRIS & DEWETT, LLC

By: /s/ Josh L. Powell
JOSH L. POWELL (#38378)
jpowell@morrisdewett.com
509 Milam Street
Shreveport, LA 71101
(318) 221-1507 - Telephone
(318) 221-4560 - Facsimile

ATTORNEYS FOR PLAINTIFFS

**Please Serve Via Louisiana Long Arm Statute:**
ROLLIE TRANSPORT, INC.
Through its Agent for Service of Process
Roleadis Saiz
7911 W Powhatan Avenue
Tampa, Florida 33615

VICTOR MANUEL REYES
8906 High Ridge Court
Tampa, Florida 33643

**Please Serve:**
AMTRUST INSURANCE COMPANY
Through its Agent for Service of Process
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

→ Quiénes son?